USCA1 Opinion

 

 November 7, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 95-1601  FRANCOIS O. SEVIGNY AND ALBERTA M. SEVIGNY, Plaintiffs, Appellants, v. STATE OF MAINE, Defendant, Appellee. ____________________ No. 95-1640  FRANCOIS O. SEVIGNY AND ALBERTA M. SEVIGNY, Plaintiffs, Appellants, v. STATE OF MAINE, ET AL., Defendants, Appellees. ____________________ APPEALS FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Gene Carter, U.S. District Judge] ___________________ ____________________ Before Cyr, Boudin and Lynch, Circuit Judges. ______________ ____________________ Francois O. Sevigny and Alberta M. Sevigny on briefs pro se. ___________________ __________________ Andrew Ketterer, Attorney General, and Leanne Robbin, Assistant _______________ ______________ Attorney General, on brief for state appellees. William H. Dale and Jensen Baird Gardner & Henry, on brief for ________________ ______________________________ Town of Sanford appellees. Sally J. Daggett and Jensen Baird Gardner & Henry, on brief for _________________ _____________________________ appellees, Jensen Baird Gardner & Henry, William H. Dale, James N. Katsiaficas and Sally J. Daggett. ____________________ ____________________ Per Curiam. We have reviewed the record on appeal and __________ the briefs filed by the parties in these related appeals. We find neither error of law nor abuse of discretion in the district court's disposition of these matters. We, therefore, affirm the dismissals of each complaint, essentially for the reasons stated in the district court order of May 15, 1995 and the judgment of May 25, 1995. The appellants' request that we reconsider our decision submitting these appeals on briefs without oral argument is denied. _______ The order of May 15, 1995, in district court docket #95- MC-46 and the judgment of May 25, 1995, in district court docket #95-cv-2 are affirmed. _________ -3-